IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02607-REB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY W. GARDNER and
MARLENE M. GARDNER,

    Defendants.

## ORDER FOR ENTRY OF DEFAULT JUDGMENT

**Blackburn, J.**

    The matter before me is plaintiff's **Motion for Default Judgment** [#10], filed January 14, 2009. Having considered the motion and the file, and being advised of the premises, I find and conclude that the motion should be granted and that judgment should be entered in favor of plaintiff for the outstanding amount of the Loan Authorization and Agreement and SBA Note made the basis of this action, as reflected in Exhibit C to plaintiff's **Complaint – Claim for Debt** [#1], filed December 1, 2008..

    **THEREFORE, IT IS ORDERED** as follows:

    1. That plaintiff's **Motion for Default Judgment** [#10], filed January 14, 2009, is **GRANTED**;

    2. That default judgment **SHALL ENTER** on behalf of plaintiff, United States of America, and against defendants, Timothy W. Gardner and Marlene M. Gardner, as to all claims for relief and causes of action;

3. That plaintiff is **AWARDED** $3,244.20, plus post-judgment interest set at the current legal rate, compounded annually until paid in full, pursuant to the provisions of 28 U.S.C. § 1961(b), as amended; and

4. That plaintiff also is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1

Dated January 16, 2009, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**